JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAH SR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI VICTORVILLE, MED. 1,<br><br>　　　　　Respondent. | Case No. 5:23-cv-01748-CAS-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: July 17, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE